THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
CONRAD STOCK, Respondent.

*People* v. *Stock*, 26 App. Div. 564, affirmed.
(Submitted October 5, 1898; decided October 25, 1898.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 14, 1898, affirming an order of Special Term discharg-
ing the respondent from custody under a writ of habeas
corpus.

The respondent was convicted of a misdemeanor in having
sold liquor without having obtained a liquor tax certificate,
and sentenced to pay a fine of $300, or in default thereof be
confined in the Dutchess county jail for a term not exceeding
one day for each dollar of the fine.

*N. N. Stranahan* for appellant.

*Charles A. Hopkins* for respondent.

Order affirmed on opinions below.
All concur, except MARTIN and VANN, JJ., not voting.

---

JOHN H. MILLARD, Respondent, *v.* THE HOLLAND TRUST
COMPANY, Appellant.

*Millard* v. *Holland Trust Co.*, 90 Hun, 607, affirmed.
(Argued October 5, 1898; decided October 25, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the first judicial department, entered Decem-
ber 4, 1895, affirming a judgment in favor of plaintiff entered
upon a verdict, and an order denying a motion for a new trial.

*James L. Bishop* for appellant.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except GRAY and MARTIN, JJ., not voting.